| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Nexus Bankruptcy**<br>**Benjamin Heston**<br>**3090 Bristol Street #400**<br>**Costa Mesa, CA 92626**<br>**Phone: (949) 312-1377**<br>**Email: ben@nexusbk.com**<br>**Bar Number: 297798**<br>**Attorney for Debtor**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| In re:<br><br>**Lara Fakhoury** | CASE NO.: 6:25-bk-15107-SY |
|---|---|
| | CHAPTER: **13** |
| | **DECLARATION BY DEBTOR(S)<br>AS TO WHETHER INCOME WAS RECEIVED<br>FROM AN EMPLOYER WITHIN 60 DAYS OF<br>THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

<u>Declaration of Debtor 1</u>

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: __08/08/2025__    Lara Fakhoury

Signature of Debtor 1

Printed name of Debtor 1

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

<u>Declaration of Debtor 2 (Joint Debtor) (if applicable)</u>

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                                          Printed name of Debtor 2                              Signature of Debtor 2

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| IHSS | IHSS Earnings Statement **\* DUPLICATE \*** | Direct Deposit 99000004 |
|---|---|---|

| Recipient | NUHA F | | ID 0431078 | |
|---|---|---|---|---|
| Payee/Provider | Lara Fakhoury | | ID 002227634 | |

| | | | **Deductions** | **Current** | **YTD** |
|---|---|---|---|---|---|
| Service Period: | 07/01/2025 to 07/15/2025 | | Federal | $ 0.00 | $ 0.00 |
| Timesheet # | 4224384750 | | State | $ 0.00 | $ 0.00 |
| Process Date: | 07/23/2025 | | FICA | $ 134.35 | $ 1,884.50 |
| Pay Rate: | $18.60 | | Medicare | $ 31.42 | $ 440.73 |
| Hours Submitted | H 107 | M 00 | SDI/DIEC | $ 26.00 | $ 364.74 |
| Hours Not Paid | H 00 | M 00 | | | |
| Total Hours Paid | H 107 | M 00 | | | |
| Travel Hours | H | M | | | |
| Overtime Hours | H 19 | M 00 | | | |
| Sick Leave Hours | H | M | | | |

| | **Current** | **YTD** | | | |
|---|---|---|---|---|---|
| Regular* | $ 1,990.20 | $ 27,781.46 | | | |
| Adjustment | $ 0.00 | $ 0.00 | | | |
| Travel | $ 0.00 | $ 0.00 | | | |
| Overtime | $ 176.70 | $ 2,613.73 | | | |
| Sick Leave | $ 0.00 | $ 0.00 | | | |
| **Total Gross** | **$ 2,166.90** | **$ 30,395.19** | | | |
| **Net Pay** | **$ 1,975.13** | **$ 27,705.22** | **Total Deductions** | **$ 191.77** | **$ 2,689.97** |

*Includes Overtime Hours at regular rate.  Please contact your local County Office for Payment Questions.

| IHSS<br>IN-HOME<br>SUPPORTIVE SERVICES | IHSS Earnings Statement<br>**\* DUPLICATE \*** | Direct Deposit<br>99179507 |
|---|---|---|

| Recipient | NUHA F | | ID 0431078 | |
|---|---|---|---|---|
| Payee/Provider | Lara Fakhoury | | ID 002227634 | |
| Service Period: | 06/16/2025  to 06/30/2025 | | **Deductions** | **Current** | **YTD** |

| Service Period: | 06/16/2025 to 06/30/2025 | | **Deductions** | **Current** | **YTD** |
|---|---|---|---|---|---|
| Timesheet # | 4222991271 | | Federal | $ 0.00 | $ 0.00 |
| Process Date: | 07/10/2025 | | State | $ 0.00 | $ 0.00 |
| Pay Rate: | $18.60 | | FICA | $ 133.19 | $ 1,750.15 |
| Hours Submitted | H  106 | M  00 | Medicare | $ 31.15 | $ 409.31 |
| Hours Not Paid | H  00 | M  00 | SDI/DIEC | $ 25.78 | $ 338.74 |
| Total Hours Paid | H  106 | M  00 | | | |
| Travel Hours | H | M | | | |
| Overtime Hours | H  19 | M  00 | | | |
| Sick Leave Hours | H | M | | | |
| | **Current** | **YTD** | | | |
| Regular* | $ 1,971.60 | $ 25,791.26 | | | |
| Adjustment | $ 0.00 | $ 0.00 | | | |
| Travel | $ 0.00 | $ 0.00 | | | |
| Overtime | $ 176.70 | $ 2,437.03 | | | |
| Sick Leave | $ 0.00 | $ 0.00 | | | |
| **Total Gross** | **$ 2,148.30** | **$ 28,228.29** | | | |
| **Net Pay** | **$ 1,958.18** | **$ 25,730.09** | **Total Deductions** | **$ 190.12** | **$ 2,498.20** |

*Includes Overtime Hours at regular rate.  Please contact your local County Office for Payment Questions.

| IHSS | IHSS Earnings Statement **\* DUPLICATE \*** | Direct Deposit 99107263 |
|------|---------------------------------------------|-------------------------|

| Recipient | NUHA F | | ID 0431078 | |
|-----------|--------|--|------------|--|
| Payee/Provider | Lara Fakhoury | | ID 002227634 | |

| | | | **Deductions** | **Current** | **YTD** |
|--|--|--|--|--|--|
| Service Period: | 06/01/2025 to 06/15/2025 | | Federal | $ 0.00 | $ 0.00 |
| Timesheet # | 4221421405 | | State | $ 0.00 | $ 0.00 |
| Process Date: | 06/24/2025 | | FICA | $ 135.65 | $ 1,616.96 |
| Pay Rate: | $18.60 | | Medicare | $ 31.72 | $ 378.16 |
| Hours Submitted | H  107 | M  45 | SDI/DIEC | $ 26.25 | $ 312.96 |
| Hours Not Paid | H  00 | M  00 | | | |
| Total Hours Paid | H  107 | M  45 | | | |
| Travel Hours | H | M | | | |
| Overtime Hours | H  19 | M  45 | | | |
| Sick Leave Hours | H | M | | | |

| | **Current** | **YTD** | | | |
|--|-------------|---------|--|--|--|
| Regular* | $ 2,004.16 | $ 23,819.66 | | | |
| Adjustment | $ 0.00 | $ 0.00 | | | |
| Travel | $ 0.00 | $ 0.00 | | | |
| Overtime | $ 183.68 | $ 2,260.33 | | | |
| Sick Leave | $ 0.00 | $ 0.00 | | | |
| **Total Gross** | **$ 2,187.84** | **$ 26,079.99** | | | |
| **Net Pay** | **$ 1,994.22** | **$ 23,771.91** | **Total Deductions** | **$ 193.62** | **$ 2,308.08** |

\*Includes Overtime Hours at regular rate.  Please contact your local County Office for Payment Questions.