# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Wednesday, August 20, 2025**                                                                 **Hearing Room    302**

## 9:30 AM
**6:25-15107    Lara Fakhoury**                                                                                **Chapter 13**

Telephonic Hearing

**#15.00**    Notice of Motion and Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate

**ST**

Benjamin Heston to appear by telephone (949)312-1377
Darlene C Vigil to appear by telephone (949)842-5048

*[handwritten: debtor Wilmington Trust]*

Docket    22

**Matter Notes:**

GRANTED: _____    DENIED: ✓ _____

APO: _____

CONT'D. TO: _____

WITHDRAWN: _____

ORDER LODGED BY: D. Vigil

**Tentative Ruling:**

APPEARANCES REQUIRED. Appearances may be in person or by telephone. See Judge Yun's telephonic procedures on the court website for detailed information.

| Party Information |
|---|

**Debtor(s):**

Lara Fakhoury                                Represented By
                                                                    Benjamin Heston