| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address<br><br>Darlene C. Vigil<br>CA No. 223442<br>Barrett Daffin Frappier Treder & Weiss, LLP<br>3990 E. Concours Street, Suite 350<br>Ontario, CA 91764<br>Phone: (626) 371-7000; Fax: (972) 661-7726<br>E-mail:  cdcaecf@BDFGroup.com<br>File No. 10555449 | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**AUG 28 2025**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** Mason    **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
|---|---|
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for* ~~Movant~~  Creditor Wilmington Trust, et al., | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**

| In re:<br><br>LARA FAKHOURY,<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NUMBER:    6:25-bk-15107-SY<br>CHAPTER:         13<br><br>**ORDER ☐ GRANTING   ☒ DENYING**<br>**MOTION FOR ORDER IMPOSING A STAY OR**<br>**CONTINUING THE AUTOMATIC STAY**<br><br>☐ No hearing held<br>☒ Hearing held<br>DATE:    August 20, 2025<br>TIME:    9:30 a.m.<br>COURTROOM:    302<br>ADDRESS: 3420 Twelfth Street, Riverside, CA 92501 |
|---|---|

**Movant** *(name)*: Lara Fakhoury

1. The Motion was:    ☒ Opposed    ☐ Unopposed    ☐ Settled by stipulation

2. The Motion affects the following property (Property):

    ☐ Vehicle *(describe year, manufacturer, type and model)*:

    *Vehicle identification number:*
    *Location of vehicle (if known):*

---

*"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
*"FRBP" refers to the Federal Rules of Bankruptcy Procedure.  "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2018                                                      Page 1                                            F 4001-1.IMPOSE.STAY.ORDER

☐ Equipment *(describe manufacturer, type, and characteristics)*:

  *Serial numbers(s):*
  *Location (if known):*

☐ Other personal property *(describe type, identifying information, and location)*:

☒ Real property:

  *Street Address:*        1243 Jacaranda Place
  *Unit Number:*
  *City, State, Zip Code:* Upland, CA 91784

  Legal description or document recording number *(including county of recording)*:

  Document No. 2019-0029406, San Bernardino County

☐ See attached page.

3. The Motion is granted on the grounds that:
   a. ☐ This case was filed in good faith.
   b. ☐ The Property is of consequential value or benefit to the estate.
   c. ☐ The presumption of bad faith under 11 U.S.C. § 362(c)(3)(C)(i) or (c)(4)(D)(i) has been overcome as to all creditors.
   d. ☐ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C. § 362(c)(3)(C)(ii) or (c)(4)(D)(ii) has been overcome.

4. The stay of 11 U.S.C. § 362(a) is
   a. ☐ Imposed *as to all creditors* until further order of the court.
   b. ☐ Imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.
   c. ☐ Imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.
   d. ☐ Continued *as to all creditors* until further order of the court.
   e. ☐ Continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.
   f. ☐ Continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

5. ☐ The stay is imposed or continued in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this order.

6. ☐ See attached continuation page for additional provisions.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2018*                                    Page 2                            **F 4001-1.IMPOSE.STAY.ORDER**

7. ☒ The Motion is denied: ☒ without prejudice ☐ with prejudice ☒ on the following grounds:

- a. ☒ Based upon the findings of fact and conclusions of law made on the record at the hearing
- b. ☐ Unexcused non-appearance by Movant
- c. ☐ Lack of proper service
- d. ☐ Lack of good cause shown
- e. ☐ Other (*specify*):

###

Date: August 28, 2025

Scott H. Yun
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2018*    Page 3    F 4001-1.IMPOSE.STAY.ORDER