# United States Bankruptcy Court
## Central District of California
Riverside
Scott Yun, Presiding
Courtroom 302 Calendar

**Wednesday, October 1, 2025**  **Hearing Room  302**

**9:30 AM**
**6:25-15107  Lara Fakhoury**  **Chapter 13**

Telephonic Hearing

#9.00  Debtor's Motion for Reconsideration of Order Denying Motion to Continue the Automatic Stay

Darlene C Vigil to appear by telephone (949)842-5048  ✓ *Wilmington Trust*
Benjamin Heston to appear by telephone (949)312-1377  ✓ *debtor*

Docket  31

**Matter Notes:**

GRANTED: _____  DENIED: ✓ _____

APO: _____

CONT'D. TO: _____

WITHDRAWN: _____

ORDER LODGED BY: *D. Vigil*

**Tentative Ruling:**

APPEARANCES REQUIRED. Appearances may be in person or by telephone. See Judge Yun's telephonic procedures on the court website for detailed information.

| Party Information |
|---|

**Debtor(s):**

Lara Fakhoury                Represented By
                             Benjamin Heston

**Movant(s):**

Lara Fakhoury                Represented By
                             Benjamin Heston