United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 25-15107-SY |
| Lara Fakhoury | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 02, 2025 | Form ID: van155 | Total Noticed: 14 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Lara Fakhoury, 1243 Jacaranda Pl, Upland, CA 91784-7410 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: EDD.COM | Oct 03 2025 04:44:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | EDI: CALTAX.COM | Oct 03 2025 04:44:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 42587873 | EDI: PHINAMERI.COM | Oct 03 2025 04:44:00 | ACAR Leasing LTD, GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 42587872 | EDI: PHINAMERI.COM | Oct 03 2025 04:44:00 | ACAR Leasing LTD, dba GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 42587874 | Email/PDF: bncnotices@becket-lee.com | Oct 03 2025 00:53:05 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 42587875 | EDI: CITICORP | Oct 03 2025 04:44:00 | Citibank N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 42603580 | EDI: CALTAX.COM | Oct 03 2025 04:44:00 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340, PO BOX 2952, SACRAMENTO CA 95812-2952 |
| 42587876 | EDI: CALTAX.COM | Oct 03 2025 04:44:00 | Franchise Tax Board, Personal Bankruptcy MS A340, PO Box 2952, Sacramento, CA 95812-2952 |
| 42587877 | EDI: IRS.COM | Oct 03 2025 04:44:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 42587878 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 03 2025 00:52:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 42587879 | EDI: PRA.COM | Oct 03 2025 04:44:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 42587880 | + EDI: SALLIEMAEBANK.COM | Oct 03 2025 04:44:00 | Sallie Mae, PO Box 3319, Wilmington, DE 19804-4319 |
| 42587881 | ^ MEBN | Oct 03 2025 00:49:26 | Wilmington Trust, National Association, c/o ServiceMac, LLC, 9726 Old Bailes Road Suite #200, Fort Mill, SC 29707-7882 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| cr | | Wilmington Trust, National Association, not in its |
| 42645540 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 42606862 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2025  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Lara Fakhoury bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Darlene C Vigil | on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as Trustee of MFRA Trust 2015-2 cdcaecf@bdfgroup.com |
| Edward A Treder | on behalf of Interested Party Courtesy NEF cdcaecf@bdfgroup.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 5

FORM CACB van155-od13vdr
Rev. 06/2017

## United States Bankruptcy Court
## Central District of California

3420 Twelfth Street, Riverside, CA 92501-3819

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL
# OF CHAPTER 13 WITH RESTRICTIONS [11 U.S.C. §§ 109(g)(1) and 1307(b)]

**DEBTOR INFORMATION:**
Lara Fakhoury

**BANKRUPTCY NO.** 6:25-bk-15107-SY

**CHAPTER** 13

Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s)., (if any):   xxx-xx-0739
**Employer Tax-Identification (EIN) No(s).(if any):**   N/A
**Debtor Dismissal Date:** 10/2/25

**Address:**
1243 Jacaranda Pl
Upland, CA 91784-7410

Based on debtor's request and because debtor has willfully failed to abide by orders of the court or has willfully failed to appear before the court in proper prosecution of the case, IT IS ORDERED THAT:

(1) debtor's bankruptcy case is dismissed;

(2) the court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law; and

(3) debtor is prohibited from filing any new bankruptcy petition within 180 days from the entry of this order.

Dated: October 2, 2025

BY THE COURT,

**Scott H. Yun**
United States Bankruptcy Judge

Form van155-od13vdr Rev. 06/2017

46 – 43 / SM6