1  DARLENE C. VIGIL
   State Bar No. 223442
2  BARRETT DAFFIN FRAPPIER
   TREDER & WEISS, LLP
3  3990 E. Concours Street, Suite 350
   Ontario, CA 91764
4  (626) 371-7000 – Phone
5  (972) 661-7726 – Fax
   File No. 10550242
6  cdcaecf@BDFGroup.com

7  Attorneys for Interested Party
   WILMINGTON TRUST, NATIONAL
8  ASSOCIATION, NOT IN ITS INDIVIDUAL
   CAPACITY, BUT SOLELY AS TRUSTEE
9  OF MFRA TRUST 2015-2



**FILED & ENTERED**

**OCT 07 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Mason    **DEPUTY CLERK**

**CHANGES MADE BY COURT**

10

11                    UNITED STATES BANKRUPTCY COURT

12            CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

13  In re:                                CASE NO.:    6:25-bk-15107-SY
14
    LARA FAKHOURY,                        CHAPTER:     13
15
                                          **ORDER DENYING DEBTOR'S AMENDED**
16                                        **MOTION FOR RECONSIDERATION OF**
                                          **ORDER DENYING MOTION TO**
17          Debtor.                       **CONTINUE THE AUTOMATIC STAY**
18
                                          Hearing:
19
                                          Date:     October 1, 2025
20                                        Time:     9:30 a.m.
                                          Place:    3420 Twelfth St., Riverside, CA,
21                                                  Courtroom 302
22

23       On October 1, 2025 at 9:30 a.m. the court held a hearing on debtor Lara Fakhoury's Amended

24  Motion for Reconsideration of Order Denying Motion to Continue the Automatic Stay (the "Motion")

25  [Docket no. 33] filed on September 4, 2025.  The Honorable Scott H. Yun, United States Bankruptcy

26  Judge presiding.  All appearances were notated on the record.  Based upon the findings of fact and

27  conclusions of law made on the record at the hearing,

28

**IT IS ORDERED** that the Motion is DENIED.

###

Date: October 7, 2025

Scott H. Yun
United States Bankruptcy Judge