|  | FOR COURT USE ONLY |
|---|---|
| ROD DANIELSON, Chapter 13 Trustee<br>3787 University Avenue<br>Riverside, CA 92501-3332<br>(951) 826-8000   FAX (951) 826-8090<br><br>☐  Attorney for<br>☒  Chapter 13 Trustee |  |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>**LARA FAKHOURY**<br><br><br><br>Debtor(s) | **Chapter: 13**<br><br>Case Number: **6:25-bk-15107-SY** |
|---|---|
|  | **CHAPTER 13 TRUSTEE'S COMMENTS ON OR OBJECTION TO APPLICATION FOR ADDITIONAL FEES AND RELATED EXPENSES IN A PENDING CHAPTER 13 CASE** |
|  | [No Hearing Required] |

The Chapter 13 Trustee, having reviewed the Application for Additional Fees and Related Expenses in a Pending Chapter 13 Case Subject to a Rights and Responsibilities Agreement (Application) filed on **10/14/2025** as docket entry number **52** provides the following response to the Application:

☐  RECOMMENDED WITHOUT CONDITION.

☒  RECOMMENDED on the following conditions:

The Trustee recommends awarding $5,000 for fees under the Rights and Responsibilities Agreement because the case was never confirmed and Counsel has filed a previous case for the Debtor before.  This case resulted in the Debtor filing a Request for Voluntary Dismissal.  Counsel is attempting to bill $1,025 for the Motion to Extend the Automatic Stay, however, this motion was denied by the Court and did not appear to benefit the Debtor or the estate in any way.  Therefore, the Trustee recommends awarding $5,000.  The Trustee has sufficient funds to disburse up to $5,340 in fees if awarded.

☐  NOT RECOMMENDED for the following reasons:

☐ See attached sheet

☐ NO POSITION TAKEN BY THE CHAPTER 13 TRUSTEE.

☐ SET FOR HEARING.

Respectfully submitted,

Dated: ___10/23/2025___         _____/s/ Rod Danielson_____
                                                    Signature

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

FG:141 - 10/23/2025 - SJL
December 2017                                     Page 2                     **3015-1.11.TRUSTEE.COMMENT.FEES**

| In re: | **LARA FAKHOURY** | | **Chapter: 13** |
|---|---|---|---|
| | | Debtor(s) | Case Number: **6:25-bk-15107-SY** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 3787 University Avenue, Riverside, CA 92501.

A true and correct copy of the foregoing document entitled: **CHAPTER 13 TRUSTEE'S COMMENTS ON OR OBJECTION TO APPLICATION FOR ADDITIONAL FEES AND RELATED EXPENSES IN A PENDIN CHAPTER 13 CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Orders LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **10/23/2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
**ben@nexusbk.com**

☐ Service Information continued on attached page

**2.  SERVED BY UNITED STATES MAIL:**
On **10/23/2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here contitutes a declaration that mailing

Debtor
LARA FAKHOURY
1243 JACARANDA PL
UPLAND, CA  91784-7410

HONORABLE SCOTT H. YUN
3420 TWELFTH ST, SUITE 345
RIVERSIDE, CA 92501-3819

☐ Service Information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on **10/23/2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or  (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge  will be completed no later than

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and corre

| 10/23/2025 | /s/ Susan Jones |
|---|---|
| Date | Signature |