| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address<br><br>NEXUS BANKRUPTCY<br>Benjamin Heston (297798)<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Tel: 949.312.1377<br>Fax: 949.288.2054<br>*ben@nexusbk.com*<br><br>☐ Chapter 13 Trustee<br>☒ Attorney for: Debtor | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**DEC 04 2025**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** Mason    **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>LARA FAKHOURY,<br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NUMBER: 6:25-bk-15107-SY<br>CHAPTER: 13<br><br>**ORDER ☒ GRANTING   ☐ DENYING APPLICATION OF ATTORNEY FOR DEBTOR FOR ALLOWANCE OF FEES AND EXPENSES FOLLOWING DISMISSAL OR CONVERSION OF CHAPTER 13 CASE SUBJECT TO A RIGHTS AND RESPONSIBILITIES AGREEMENT**<br><br>☒ No hearing held<br>☐ Hearing held<br><br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |

Based on the Application for Allowance of Fees and Expenses Following Dismissal or Conversion of Chapter 13 Case Subject to a Rights and Responsibilities Agreement (Application) filed on *(date)* 10/14/2025 as docket number 52, the court orders as follows:

1. ☒ The Application is granted and the Attorney for Debtor is allowed the sum of $5,000 as compensation for Additional Services and the sum of $0 in expenses related to Additional Services referred to in the Application, and the Chapter 13 Trustee is directed to pay the unpaid balance of $5,000 from the estate of Debtor as funds permit.

2. ☐ The Application is set for hearing on: *(date)* _____ at *(time)* _____.

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*                                    Page 1                             F 3015-1.19.ORDER.CH13.FEES.DMCON

3. ☐ The Attorney for Debtor must file and serve appropriate notice of the hearing on Debtor and the Chapter 13 Trustee.

4. ☐ The Application is denied.

5. ☐ Other (specify):

### 

Date: December 4, 2025

Scott H. Yun
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*    Page 2    **F 3015-1.19.ORDER.CH13.FEES.DMCON**