

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

### TRANSCRIPT ORDER FORM

CHAPTER 13.00

APPEAL? ☒Yes ☐No
APPEAL No. _____ (if known)

(File this form on the related case docket)

Ordering Party's Name: Stephen R. Wade          Attorney Bar# 79219

Law Firm: The Law Offices of Stephen R. Wade

Mailing Address: 5030 E. 2nd Street, Ste 206 A; Long Beach, CA 90803

Person to Contact (If Judge-ordered: Transcriber to contact Procurement**): Stephen R. Wade

Telephone: (909) 575-7597    E-mail: srw@srwadelaw.com

Bankruptcy Case #: 6:25-bk-15107    Adversary Proceeding #/MP #: _____

Date of Hearing (complete a SEPARATE form for EACH hearing date): 10/1/2025    Time: 9:30

Debtor: Lara Fakhoury

Adversary Proceeding Name: _____ vs. _____

Hearing Judge: S. Yun    Courtroom #: RS 302

**TRANSCRIBER:** Ben Hyatt    **ALTERNATE:** Briggs Reporting

(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM.** For *341(a) Recording Request Procedures click here*, visit the U.S. Trustee website

**Transcript Type:**

NOTE: The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ 30 Days (Ordinary)    ☐ 3 Days         ☐ Entire Hearing
☐ 14 Days              ☐ Next Day (24 hours) ☐ Ruling/Opinion of Judge only
☐ 7 Days                                  ☐ Testimony of Witness _____
                                          ☐ Other*            (name of witness)

*Special Instructions: _____

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment.**

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript***: Clerk must **docket this form**; CM/ECF will automatically notify Procurement.

Date Request Filed: _____ Date Sent to Transcriber: _____ By ☐FDS ☐Mail ☐Messenger

Digital Recording (or Analog Tape Recording)

(Tape #:___)Time Start (Index #):_____Time End (Index #):_____Time Start:_____Time End:_____

(Tape #:___)Time Start (Index #):_____Time End (Index #):_____Time Start:_____Time End:_____

Court Recorder: _____ Division: _____ Processed by: _____

### **TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote *prior* to transcribing.

*Rev. October 2023. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*