1  **Rod Danielson**
    **Chapter 13 Trustee**
2  **3787 University Avenue**
    **Riverside, CA 92501**
3  **Tel.: (951) 826-8000**
    **Fax: (951) 826-8090**
4

5                    **UNITED STATES BANKRUPTCY COURT**
            **CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**
6

7  **IN RE:**                              **Case No.:  6:25-bk-15107-SY**

8  **LARA FAKHOURY**                        **DECLARATION RE NON-RECEIPT OF**
                                            **OBJECTIONS TO TRUSTEE'S FINAL REPORT &**
9                                           **ACCOUNT**
                                            **(DISMISSED CASE)**
10

                            Debtor(s).
11

12

13         On <u>10/15/2025</u>, this office served upon the interested parties a "Notice of Filing

14  of Trustee's Final Report and Account."  This office has not received any objection(s) to the

15  Trustee's Draft Final Report & Account within the period permitted by Rule 5009, or if any

16  objection was received, it was either resolved or determined to be meritless.

17         I declare under penalty of perjury that the foregoing is true and correct.

18         Executed on <u>2/2/2026</u> at Riverside, California.

19

20

    Dated: <u>02/02/2026</u>                          /s/ Rod Danielson
21                                              _____
                                                       Signature

22

23

24

25

26

27                                                          FG:049 - 02/02/2026 - TH

28